# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-2145

_____

| | | |
|---|---|---|
| Gary Barfield, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Arvindra Brar, M.D., Delta Regional | * | Eastern District of Arkansas. |
| Unit, Arkansas Department of | * | |
| Correction; Max Mobley, Deputy | * | **[UNPUBLISHED]** |
| Director of Health and Correctional | * | |
| Programs, Arkansas Department of | * | |
| Correction; Regina Jacob, Infirmary | * | |
| Supervisor, Delta Regional Unit, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: November 28, 2001
Filed: December 6, 2001

_____

Before BOWMAN, BRIGHT, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Gary Barfield brought this 42 U.S.C. § 1983 action complaining that appellees and others were deliberately indifferent to his need for knee surgery. The district

court[1] granted summary judgment to appellee Max Mobley because he was not involved in the knee surgery decision. After an evidentiary hearing, the court (1) dismissed the claims against Dr. Arvindra Brar because she repeatedly treated Barfield's knee condition, and his assertion that he required knee surgery was simply a disagreement over the proper course of medical treatment; and (2) dismissed the claims against Regina Jacob because she did nothing but respond to Barfield's grievances by reviewing his medical file. Barfield appeals these rulings. After de novo review of the record, we affirm for the reasons stated in the district court's orders and deny Barfield's motion for appointment of counsel. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The HONORABLE SUSAN WEBBER WRIGHT, Chief Judge of the United States District Court for the Eastern District of Arkansas, adopting the report and recommendation of the HONORABLE J. THOMAS RAY, United States Magistrate Judge for the Eastern District of Arkansas.